IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED FUNDS on behalf of the TRUSTEES OF THE I.U.P.A.T. WELFARE FUND OF WESTERN PA AND THE I.U.P.A.T. WESTERN PA ANNUITY FUND AND THE INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #57 and INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAWN W. HOLLABAUGH and LAURIE HOLLABAUGH individually and t/d/b/a HOLLABAUGH GLASS,<br><br>Defendants. | Civil Action No. 10-1703 |

## STIPULATION OF DISMISSAL

TO: Clerk of Courts

It is hereby stipulated by the parties that the above-captioned case is discontinued.

TUCKER ARENSBERG, P.C.

s/ Jeffrey J. Leech
Jeffrey J. Leech, Esquire
PA I.D. No. 19814
1500 One PPG Place
Pittsburgh, PA 15222
Attorney for Plaintiff

s/Robert E. Draudt
Robert E. Draudt, Esquire
PA I.D. No. 88718
969 S. Main Street
Meadville, PA 16335
Attorney for Defendants

SO ORDERED, this 6th day of April, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge